## John Fay

| | |
|---|---|
| **From:** | Antonio Santagata <Antonio.Santagata@icap.com> |
| **Sent:** | Monday, June 24, 2013 3:24 AM |
| **To:** | GMI Limited - Panamax; accounts; Athens; Singapore; Ops; Shipping-Ops; 'ops@gorgonianav.com' |
| **Subject:** | FW: Utopie/GMI-Clean Recap |

Massi/Antonio
cc:Sergio
cc: Ops


Re:Utopie/GMI-Clean Recap
-------------------------------------

PLEASED TO CONFIRM HAVING CLEAN FIXED WITH CP DATED 22 JUNE 2013:

NEGOS + EVENTUAL FIXTURE , IF ANY , TO BE KEPT STRICTLY PRIVATE & CONFI ,
AND NOT BE REPORTED TO THIRD PARTIES

MV UTOPIE
HEAD :GORGONIA SRL - NAPLES
ITAL FLAG / 2008 - LAST D/D APRIL 2013 -
HUDONG NEW TYPE - BULK CARRIER SINGLE HULL
75,118 MTDWT ON 14.25M SSW,
LOA-BEAM 225 M - 32.29M
TPC ABT 67.09
GRT 40170 / NRT 25603 / RINA +ABS
H/H: 7 HOLDS/HATCHES
CUBIC: ABT 89.938,90 CM GRAIN
ABT 13.5 KN ON ABT 31,5MT (B)/35,5MT(L) IFO 380 CST

ECO SPEED/CONS:

ABT 13 KN ON ABT 28MT(B)/32,5MT(L)
ALT
ABT 12.0 KN ON ABT 25MT (B)/27,5MT(L)
ALT
ABT 11K ON ABT 22MT(B) / 23MT (L)

SPEED AND CONSUMPTION BASIS ON GOOD WEATHER UP TO AND INCLUDING

EXHIBIT "A"

BEAUFORT FORCE 4 AND DOUGLAS SEA STATE 3 (SIGNIFICANT WAVE HEIGHT 1.25M) WITH NO ADVERSE CURRENT.

FOR THE PURPOSES OF CALCULATING VESSELS PERFORMANCE UNDER THIS CHARTER PARTY IT IS AGREED THAT ALL DAYS WHERE THE WEATHER EXCEEDS BEAUFORT FORCE 4 AND / OR DOUGLAS SEA STATE 3 (SIGNIFICANT WAVE HEIGHT 1.25M) ARE EXPRESSLY EXCLUDED FROM CALCULATIONS.

BUNKERS SPECIFICATIONS:

I.F.O. 380 CST, COMPLYING INTERNATIONAL STANDARD ISO 8217:2005 RMG380 SPECIFICATION (OR ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THEREOF) AND SHOULD ALSO CONFORM TO REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78.
M.D.O. COMPLYING INTERNATIONAL STANDARD ISO 8217:2005 DMB SPECIFICATION (OR ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THEREOF). I.F.O. & M.D.O. MUST BE COMPATIBLE FOR BLENDING. BUNKERS PURCHASED / SUPPLIED IN DIFFERENT LOTS MUST BE SEGREGATED.

SHOULD THE VESSEL DUE TO LOCAL REGULATIONS HAVE TO BURN M.D.O. OR L.S.M.D.O IN AUXILIARIES WHILST WITHIN A SPECIFIC ZONE SAME TO BE FOR CHARTERERS ACCOUNT. CHARTERERS TO BE RESPONSIBLE FOR SUPPLYING L.S.M.D.O IF REQUIRED.

IN PORT IDLE: ABT 3.5 MT HFO
PLUS ABT 2.5 HFO FOR EACH BALL-DEBALLASTING CHANGING BALLAST OPERATION AT PORT-SEA

(ALL DETAILS ABT)

FOR

- A/C MSSRS GLOBAL MARITIME INVESTMENTS CYPRUS LIMITED - HEAD OFFICE: 2 NIKODIMOU STREET, ATHENS, 10557, GREECE

- OWNRS: GORGONIA DI NAVIGAZIONE S.R.L - PIZZA BOVIO NAPLES, ITALY

- DELY DOLSP HUANGHUA ATDNSHINC

- LAYCAN 24TH JUNE 00:01HRS LT/27TH JUNE 24:00HTRRS LT 2013 ETC/ETR 24-25 JUNE AGW/WP/UFCE

- TCT PERIOD OF ABT/ABT 4/6 MONTHS (ABT MEANS +/-10DAYS IN CHRTRS OPTION)

- REDEL DLOSP 1SP OR PASSING WB SKAW/C.PASSERO RGE OR INCHOPT PMO OR INCHOPT NEW MANGALORE - JAPAN RANGE

- CHOPT FURTHER PERIOD OF ABT 4 TO ABT 6 MOS (ABT MEANS +/-15DAYS IN CHRTRS OPTION)

- OPTIONAL PERIOD TO BE DECLARED LATEST 110 DAYS AFTER VSL DELIVERY

- HIRE USD 7250 .- DAILY INCL OT FOR FIRM PERIOD
HIRE USD 7750- DAILY INCL OT FOR THE OPTIONAL PERIOD STARTING FROM THE MAXIMUM PERIOD

- ON DELIVERTY CHRS TO PAY 45DAYS HIRE IN ADVANCE NO PAYMENT OF BUNKERS ON
DELIVERY AND NO DEDUCTION OF BUNKER ON REDELIVERY .
BOD: ABT 460MT IFO AND ABT 25MT MDO
BOR: ABT SAME QUANTITIES AS ON DELY
ANY MINOR ADJUSTMENT TO BE SETTLED ON REDELIVERY AT AT RESPECTIVE PRICES OF
USD 615PMT IFO AND USD 850PMT FOR MDO - CHRS TO HAVE THE RIGHT TO BUNKER VSL
PRIOR DELIVERY WITHOUT INTEREFERING WITH VSLS DISCH OPS AS WELL AS OWNWERS
HAS THE RIGHT TO BUNKER PRIOR VSLS' REDELIVERY WITHOUT INTEREFERING WITH VSLS DISCH OPS OR

- HOLD CONDITION CLS:
ON DELIVERY OR LATEST ON ARRIVAL AT THE FIRST LOADING PORT, HOLDS TO BE CLEAN, SWEPT, WASHED DOWN BY FRESH WATER AND DRIED IN ORDER TO RECEIVE CHARTERERS INTENDED CARGO TO THE SATISFACTION OF SHIPPERS' SUIRVEYORS AND
LOCAL SURVEY IF THE VESSEL FAILS TO PASS HOLDS INSPECTION AT LOAD PORT THE VESSEL TO BE PUT OFF HIREFROM THE TIME SHE FAILS UNTIL ALL HOLDS HAVE BEEN
PASSED RE-INSPECTION.
HOWEVER, IN CASE SOME HOLDS WILL BE ACCEPTED AND LOADED, THEN OFF HIRE TIME TO BE CALCULATED PRO RATA BSS

- C/E/V USD 1500.-L/S PMTPR

- ILHC USD 5000.-L/S

- 3,75PCT ADCOM + 1,25PCT TL BROKERGAE TO BE COLLECTED FROM THE CHRTS

BELOW TO APPLY:
A) ANTI-CORRUPTION
1.1 BOTH OWNERS AND CHARTERERS UNDERTAKE THAT THEY SHALL NOT, DIRECTLY OR
INDIRECTLY, PAY ANY BRIBE NOR REQUIRE ANY PARTY TO DO SO, NOR OTHERWISE ACT IN
VIOLATION OF ANY APPLICABLE ANTICORRUPTION LAW, INCLUDING BUT NOT LIMITED TO, THE UNITED STATES FOREIGN CORRUPT PRACTICES ACT 1977, THE UNITED KINGDOM BRIBERY ACT 2010 AND THE OECD CONVENTION ON COMBATING BRIBERY OF FOREIGN PUBLIC OFFICIALS IN INTERNATIONAL BUSINESS TRANSACTIONS.

ECONOMIC AND TRADE SANCTIONS AND ANTI-BOYCOTT LEGISLATION
1.2 BOTH OWNERS AND CHARTERERS CONFIRM THAT THEY HAVE NOT AND SHALL NOT,
WHETHER DIRECTLY OR INDIRECTLY, ENGAGE IN ANY BUSINESS WITH OR FOR THE BENEFIT OF ANY GOVERNMENT, ENTITY OR INDIVIDUAL IN CUBA, LIBYA, IRAN, NORTH KOREA,
SUDAN OR SYRIA OR ANY OTHER GEOGRAPHIC AREA PROHIBITED OR SANCTIONED BY THE
UNITED STATES OR THE UNITED NATIONS.

1.3 BOTH OWNERS AND CHARTERERS CONFIRM THAT THEY HAVE NOT AND SHALL NOT
PARTICIPATE OR COOPERATE WITH THE ARAB LEAGUE BOYCOTT OF ISRAEL OR ANY OTHER BOYCOTT NOT SANCTIONED BY THE UNITED STATES.

1.4 OWNERS AND CHARTERERS CONFIRM THAT THEY ARE, AND SHALL REMAIN, IN COMPLIANCE WITH ALL ECONOMIC AND TRADE SANCTIONS, POLICIES, GUIDELINES OR REGULATIONS AND ANTI-BOYCOTT LEGISLATION, POLICIES GUIDELINES OR REGULATIONS
ISSUED BY THE OFAC, THE US DEPARTMENT OF COMMERCE, THE US DEPARTMENT OF THE
TREASURY, THE DIRECTORATE OF DEFENSE TRADE CONTROLS AND THE UNITED STATES
CUSTOMS AND BORDER PATROL.

B)
IN THE EVENT THAT UNDISPUTED SUMS ARE OWED UNDER THIS CHARTERPARTY, THE PARTY
TO WHOM SUCH SUMS ARE OWED ("THE NON-DEFAULTING PARTY") MAY, PROVIDED THAT 3
WORKING DAYS' NOTICE HAVE BEEN GIVEN TO THE OTHER PARTY ("THE DEFAULTING PARTY"):

1. EXERCISE A POSSESSORY LIEN OVER THE CARGO OR ANY OTHER CARGO CARRIED ON ANOTHER VESSEL TO WHICH A CHARTERPARTY BETWEEN THE PARTIES RELATES;OR 2. ARREST
THIS OR ANY OTHER VESSEL AND/OR BUNKERS OWNED OR CHARTERED BY THE PARTIES; OR
3. DEDUCT SUCH OUTSTANDING SUMS FROM ANY OTHER AMOUNTS OWED BY THE NON-DEFAULTING PARTY TO THE DEFAULTING PARTY UNDER THIS CHARTERPARTY OR ANY OTHER CHARTERPARTY OR FORWARD FREIGHT AGREEMENT BETWEEN THE PARTIES.

++

- GMI QUESTIONAIRE.

- Vessel is fully P&I covered and ITF or equivalent fitted for the duration of this charter.

- Vessel is classed highest Lloyd's or equivalent.

- Vessel is strengthened for heavy cargoes and capable of alternate loading

- Vessel/head owners are fully ism certified. Bimco ism clause
to be incorporated into the charter

- Vessel is full ISPS fitted. bimco ISPS and Bimco AMS clauses
to be incorporated into the charter.

- Vessel is not blacklisted for loading in RBCT and Australia.

- Vessel is Newcatle suitable - (Vsl has not been to Newcastle before but should be ok to best of owners knowledge)

- Vessel is Rightship approved, she has not being detained in the last 12 months and no deficiencies has been found during last port state control inspection. - (Owners believe vsl is rightship approved and 5 stars)

- Vessel can load grain/grain prods w/o any extra lashing/securing.

- In case ifo 380 cst is not available, chrs can bunker the
vessel with ifo 180 cst always w/i rme 25 specs.

- For RSA call only, vessel can bunker with RSA bunker specs,
i.e. RMF.

- Soya bean/Soya bean meals and soya bean pellets are always
to be permitted but always excluding expellers - Co2 fitted not to be required.

- Vessel to be fully in compliance with all iron ore loading port
regulations in brazil, including but not limited to Tubarao, Ilha
Guaiba, Ponta Do Ubu, Ponta Da Madeira and Sao Luis. Owners confirm vessel is fitted for call at Puerto Drummond.

- Vessel to have on board all required class documentation to
load steel cargoes. Steel slabs allowed

- In case of calling US ports, any expense required to obtain
crew VISA to be for owner's account. Any time lost for this
reason tobe for owners' account.

- Unless with owners' prior consent, vessel will burn LSFO only in areas where use of LSFO is compulsory.

- Speed and consumptions of the vessel as per description are representations by the owners and are a continuous warranty throughout this charter.

- BIMCO latest Oil Pollution Clause

- Bimco piracy clause 2009 and Bimco stowaway clause for 2009 to be incorporated in this charter

- EU advance cargo declaration clause for time charter parties
Any time lost and all extra expenses resulting directly from
owners/vessel failure to comply with the above, to be entirely for
owners account.

- OTHERWISE AS PER OWNERS EXECUTEFD CP WITH LOGICAL ALTERATIONS AS PER MAIN TERMS
AND THE FOLLOWING AMMENDMENTS;

Main Body:
Line 34:
insert Beira after Maputo as an allowed port

add Ploce after Plomin as an allowed port

max 2 Orinoco and Amazon on each period but same cannot be  comulated

Delete Iran
Iran allowed subject Owenrs' underwriters prior approval consequently prior fixing any cargo from or to Iran ports Chrs are obliged to provide provided and answer to the standard underswriters questionaries and documentation  for the final underwriters approvals

furthermore following clause to apply

IRAN TRADING CLAUSE
In case Bills of lading are not ready in time upon completion of loading, Master may issue a letter to agents authorizing them to sign Bills of Lading in conformity with mates' receipt for and on behalf of Charterers as Carrier.

Only Congen Bill of Lading to be issued. Bill of Lading format will be as per shipper /receivers Trading requirement, but in conformity with mate's receipt(s). Bills of Lading must not have an Owners' and/or vessel's operator's name incorporated, but the Charterers', acting as Carrier, name to be indicated only. Before the Bill(s) Of Lading issuance the Owners to be presented with the draft(s) of Bills of Lading for their prior written approval in which should not be unreasonably withheld.

The Charterers to indemnify the Owners against any claims or damages arising from Bill(s) of Lading issued not in conformity with mate's receipt(s). If discrepancy between mate's receipts (hereinafter as "Ms/R") and Bills of Lading the Charterers have to issue the letter of indemnity (hereinafter as the "LOI") on their letter head and on Owners' form for the same discrepancies, failing which the Owners are free to refuse to deliver the cargo.

All damages/expenses following from such refusal to be for Charterers' account and the vessel to remain on-hire for all time lost hereof.

The Charterers to ensure the presentation of the original duly endorsed Bills of Lading at discharging port(s) prior to vessel's arrival.

If the original Bills of Lading are not available by the time of the vessel's arrival at port of discharge the Owners may allow to discharge the cargo without presentation of the original Bills of Lading against providing with the Charterers' letter of indemnity (hereinafter as "LOI") (FAX COPY) issued in Owner's form and wording together with the copy of signed Bills of Lading. The LOI to be stamped and signed by ink by the Charterers' duly authorized person (CEO). Copies of the issued Bills of Lading and LOI to be presented to the Owner's for approval 2 business days prior to the vessel's arrival at first port of discharge.

In case of discharging cargo against LOI procedure as described:

Original LOI to be forwarded by the Charterers to the Owners' nominated address immediately upon issuing.

Original of the duly endorsed Bills of Lading and Charterers' LOI to be delivered to the Owners within 25 running days upon discharge completion IF AVAILABLE.

Charterers hereby warrant that any cargo loaded from / to Iran is not in contravention of EU/US/UN sanctions. Charterers also warrant that all parties involved in the trade are OFAC approved and not in breach of any international sanctions. Charterers to provide advance

evidence of same if required.

Should the vessel be delayed/detained/arrested in connection with any actual, anticipated, or alleged claims at IRAN, and if Owners are unable to provide security due to international financial restrictions in relation to IRAN, Charterers are to provide such security on Owners' behalf and the vessel is to remain on full hire throughout any / all delay.

It is further warranted by Charterers that they will indemnify Owners against any short landing claims in IRAN and vessel will remain on hire in the event of any form of delay caused by such claims.

Charterers confirm that they will assist Owners in any way possible with regard to P and I claims in IRAN.

Iranian Source Bunkers
The Charterers make warranty that they will not load or permit to load Iranian or Iranian blended bunkers from any IRANIAN port during the tenancy of this charter party all throughout. Charterers make full warranty they will not stem any Bunkers in breach of EU Regulation 267/2012 and in particular but not limited/confined to Article 11 and Annex IV. Charterers shall be fully liable for breaching this absolute obligations and all consequences/losses/costs/expenses arising therefrom shall be for their sole account.

Rider Clauses:
Clause 36: max 3 dirty cgs during each period out of petcoke/pig iron/cement clinker(as already in the cp) and 1 of salt or sulphur for each period.
It is however agreed and understood that dirty cargoes cannot be consecutive and not be last cargoes prior redelivery.

Concentrates protective cl:
Delete first paragraph

Delete TML clause

for loading Salt/Sulpur following protective clauses to apply

.
PROTECTIVE CLAUSE FOR SULPHUR/SALT LOADING:

The cargo shall be loaded, stowed, carried and discharged strictly in accordance with applicable national /international regulations and/or IMO code and recommendations at the charterers' risk and expenses.

If lime coating/washing of holds is required by the Shippers and/or Owners, the Charterers to arrange the same at the Charterers' risk and expenses and in their time, if the Owners require paint coating of holds instead of lime coating, the Charterers to arrange the same at the

Charterers' risk and expenses and in their time, provided, however, that paint-coating is not more expensive than usual lime coating/washing and subject to the Shipper's approval which not to be unreasonably withheld.

The Charterers shall provide the vessel with a necessary quantity of paint or lime and execute necessary work at their cost and in their time prior to loading up to Master's full satisfaction and remove paint-coating or lime-coating after discharge up to Master's full satisfaction.

The Charterers to clean the vessel/s holds thoroughly at the Charterers' time and expense. If they may request the Vessel's crew to undertake hold cleaning, the Charterers must pay a lump sum US$ 1.00= per hold as a bonus in addition to extra crew work fee for cleaning of holds between voyages, provided, however, that the Owners and the vessel shall not warrant that the holds cleaned by crew will be sufficiently cleaned/accepted at next loading port.


Clause 93: delete

Extra clauses:

cl 107 b: delete in full and replace with: chrts to have the option to add any off hire time to the end of the maximum period of the first period or in chopt on the optional period at CP rate. Same to apply on optional period.

Delete last paragraph.

CL 114: English law to apply

CL 115:
OWNERS MATTERS IN PORT CLAUSE:
CHARTERER'S AGENTS ARE AVAILABLE TO PERFORM MINOR HUSBANDRY MATTERS FOR OWNER. THESE SERVICES ARE TO BE PROVIDED AT ACTUAL COST AND NO AGENCY FEE IS APPLICABLE, BUT OWNER SHALL SETTLE WITH AGENTS AND BE ULTIMATELY RESPONSIBLE FOR SETTLING SAME. ALL OTHER MATTERS TO BE ARRANGED EXCLUSIVELY BY OWNER AND TO BE SETTLED DIRECTLY

END

Thanks for the cooperation to both side.


B.Rgds and Take Care
Antonio Santagata
ICAP Shipping

as Brokers only
Direct line: +44 207 459 2284
Cell: +44 7766 784700
Email: panamax@icap.com

This communication and all information contained in or attached to it (including, but not limited to market prices/levels and market commentary) (the Information) is confidential, may be legally privileged and is the intellectual property of one of the companies in the ICAP plc group (ICAP) or third parties. The Information is provided subject to ICAP's terms of business as published or communicated to clients from time to time. Access to the Information by anyone other than the intended recipient is unauthorised and any disclosure, copying or redistribution is prohibited. ICAP Shipping Ltd, ICAP Shipping (Gibraltar) ltd and ICAP Shipping Tankers Ltd are not authorised or regulated by the Financial Conduct Authority. For our terms of business, please see www.icap.com. If you receive this message in error, please immediately delete all copies of it and notify the sender. Emails may not be a secure form of communication and consequently ICAP excludes all liability for errors or omissions in the contents of this email.

For the avoidance of doubt, if you receive non-live pricing data from ICAP which you use for revaluation, mark-to-market or any other similar purpose, you will be receiving the data subject to ICAPs terms on the receipt of pricing data which can be found at http://www.icap.com/financial-regulation.aspx#pricing