## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLOBAL MARITIME INVESTMENTS CYPRUS LIMITED<br><br>**Plaintiff**<br><br>**VERSUS**<br><br>M/V UTOPIE, her engines, tackle, apparel, etc., *in rem*, and GORGONIA DI NAVIGAZIONE S.R.L.<br><br>**Defendants** | CIVIL ACTION<br><br>NO.   13-6761<br><br>SECTION   I<br><br>MAGISTRATE   3 |

### ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST

Considering the allegations contained in the Verified Complaint and in Plaintiff's Ex Parte Motion for issuance of warrant for maritime arrest;

**IT IS HEREBY ORDERED** that having reviewed the Verified Complaint and the Verification filed in connection with the above-entitled case, this Court, having determined that the conditions justifying the issuance of a Warrant of Arrest and Seizure appear to exist, hereby directs the Clerk of Court to immediately issue a Warrant of Arrest and Seizure of the **M/V UTOPIE, her engines, tackle, apparel, etc.,** *in rem,*

**IT IS HEREBY FURTHER ORDERED** that any person claiming an interest in the vessel or property arrested and seized pursuant to this Order, upon application to the Court, shall be entitled to a prompt hearing in which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

**IT IS HEREBY FURTHER ORDERED** that the vessels or other property arrested pursuant to this Order, may be released from arrest without a further order of this Court if (1) the United States Marshal receives a written authorization from the attorney(s) who requested the arrest certifying that he has conferred with all counsel representing the parties to the litigation and that there is no objection to the release, (2) the attorney(s) file the said certificate(s) into the court record, and (3) the Court has not previously entered an order prohibiting the release.

**IT IS HEREBY FURTHER ORDERED** that in accordance with the applicable Local Rules of this Court, GLOBAL MARITIME INVESTMENTS CYPRUS LIMITED shall defend, indemnify and hold harmless the U.S. Marshal or its deputies for any loss or damage resulting from the arrest ordered herein.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order be attached to and served with said warrant for maritime arrest.

New Orleans, Louisiana, this __20__ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

2