UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLOBAL MARITIME INVESTMENTS CYPRUS LIMITED | WARRANT OF ARREST |
| VS. | CIVIL ACTION |
| M/V UTOPIE, her engines, tackle, apparel, etc., in rem, and GORGONIA DI NAVIGAZIONE S.R.L. | NO: 13-6761 |
| | SECTION: I (3) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy:

GREETING:

You are hereby Commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

M/V UTOPIE, her engines, tackle, apparel, etc., in rem

and how you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.



WITNESS, THE HONORABLE JUDGES OF THIS COURT,

at New Orleans, Louisiana, this 23 day of December, 2013

WILLIAM W. BLEVINS, CLERK

By: _____
      Deputy Clerk

NOTE: Rule C(6) of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS provides that a person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 14 days after the process has been executed or within such other time as the court allows and shall file an answer within 21 days after filing the statement of interest or right. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee or attorney must state the authority to file the statement of right or interest on behalf of another.  At the time of answering the complaint, the claimant must also serve answers to any interrogatories served with the complaint

ISSUED FOR:    John F. Fay Jr.
                    Fay, Nelson & Fay, LLC
                    1100 Poydras St., Suite 2900
                    New Orleans, LA 70163
                    504-799-2252